

# Superior Court of the District of Columbia
## Civil Division

First Liberty National Bank LLC vs PeterEdge, et al        C.A. No. 03ca003628

## INITIAL ORDER

Pursuant to D.C. Code §11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case is assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued by the judge to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to any defendant who has failed to so respond, a default and judgement will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients prior to the Conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Civil Assignment Office (202) 879-1750 may continue the Conference once, with the consent of all parties, to either of the two succeeding Fridays. Requests must be made not less than six business days before the scheduling conference date. No other continuance of the Conference will be granted except upon motion for good cause shown.

May 05, 2003                     Chief Judge Rufus G. King, III

Case Assigned to:   Calendar #15  (Judge Steffen Graae)

Initial conference: @10:00am  08/22/03    Courtroom: #518, Main Bldg. 5th Floor
                                          500 Indiana Ave., N.W.
                                          Washington, D.C. 20001



# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

First Liberty National Bank

*Plaintiff*

vs.                                             Civil Action. No. 03-3628

Secretary of Housing and Urban Development
Serve: Roscoe C. Howard
US Attorney for the District of Columbia
555 4th Street, NW
Washington, DC 20530

*Defendant*

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue. N.W. between 9:00 am. and 5:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

| **Plaintiff's Attorney:** Case No: «File_Case_Number» | |
|---|---|
| John K. Reiff | By _____ |
| De Laurentis, Reiff & Turer, L.L.C. | |
| 9891 Broken Land Parkway, Suite 301 | |
| Columbia, MD 21046 | Date 7-21-04 |
| (443) 539-2005   (443) 539-2017 (Fax) | |

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**
**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

8-18-04
L.C.

Page 2

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning where you may ask for such help.

File: 02-DC-MT-0580

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Mooring Tax Asset Group, LLC<br>C/o DeLaurentis, Reiff & Turer, L.L.C.<br>9891 Broken Land Parkway<br>Suite 301<br>Columbia, Md. 21046<br><br>Plaintiff<br><br>vs.<br><br>PeterEdge<br>316 16th St, NE<br>Washington, DC 20002<br>and<br>1302 Gallaudet St., NE<br>Washington, DC 20002<br><br>And<br><br>Secretary of Housing and Urban Development<br>Serve: John Ashcroft<br>U.S. Attorney General<br>U.S. Deartment of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br>and<br>Serve: Roscoe C. Howard<br>U.S. Attorney for the District of Columbia<br>555 4th Street, NW<br>Washington, DC 20530 | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Civil Action No._____(RP)<br><br>(Action Involving Real Property) |
| District of Columbia<br>Serve: Mayor of the District of Columbia<br>Anthony Williams<br>Attn: Anita Carter, Head of Correspondence<br>1 Judiciary Square<br>441 4th Street, NW, 11th Floor<br>Washington, DC 20001<br><br>And | |

| | |
|---|---|
| Serve: Corporation Counsel of DC<br>Attn: Darlene Fields<br>441 4th Street, NW<br>Washington, DC 20001<br><br>And<br><br>All unknown owners of the property described below, their heirs, devisees, personal representatives, and executors, administrators, grantees, assigns or successors in right, title, interest, and any and all persons having or claiming to have any interest in the leasehold or fee simple in the property and premises situate, lying and being in the District of Columbia described as:<br><br>Square 4049, Lot 0030. May also be known as 1302 Gallaudet Street, NE<br>　　　　　　　　　Defendants | |

## FIRST AMENDED COMPLAINT TO FORECLOSE RIGHT OF REDEMPTION

This Complaint is an action to foreclose the right of redemption on a tax lien certificate by Plaintiff, by the undersigned, who hereby respectfully represents unto this Honorable Court, as follows:

### JURISDICTION

1. This court has jurisdiction of the subject matter of this action pursuant to Chapter 13A of Title 47 of the D.C. Code, 2001 Ed., §47-1370.

### PARTIES

2. Plaintiff is the holder of certain tax lien certificate sold by the District of Columbia upon authority of Chapter 13A of Title 47 of the D.C. Code, 2001 Ed., §47-1330 et. seq., on the property described as Square 4049, Lot 0030. May also be known as 1302 Gallaudet Street, NE, (hereinafter the "Property").

3. Defendants are the title owner of record of the Property, or are parties of record interest of the Property to be named as Defendants in accordance with Chapter 13A of Title 47 of the D.C. Code, 2001 Ed., §47-1371(b)(1); and the District of Columbia, as the statutory authority charged by law to collect taxes for the District of Columbia.

## FACTS

4. Municipal tax liens were assessed against the Property for taxes due and said municipal tax liens not having been paid, sale of the Property for delinquent taxes in the District of Columbia was made by the Department of Finance and Revenue under the direction of the Mayor of the District of Columbia, pursuant to the provisions of the statutes of the District of Columbia (the "Tax Sale").

5. The attached hereto and prayed to be read and taken as part hereof as though fully incorporated herein as "Exhibit A" is a true, correct copy of the Certificate of Sale for Taxes (the "Certificate").

6. A search and examination of the Recorder of Deeds for the District of Columbia and Probate Division of the Superior Court of the District of Columbia has been performed in accordance with generally accepted standards of title examination.

7. More than 6 months have elapsed since the Tax Sale without redemption, and the Plaintiff is the holder of the Certificate, and taxes and assessments have accrued and when paid by the Plaintiff will be due and owing to Plaintiff.

8. The Certificate is subject to redemption, together with interest thereon at the statutory rate, and fees/costs in accordance with Chapter 13A of Title 47 of the D.C. Code, 2001 Ed., §47-1377. The right of redemption shall continue until a judgment foreclosing the right of redemption becomes final.

9.   Any interest of lien, which any of the Defendants herein has or claims to have in or upon the Property or some part thereof, is subject to the Certificate.

10.   There is now due on said Certificate the sum of $ 1664.83, which was the original amount due for unpaid taxes and costs, together with interest thereon at the statutory rate; court costs and attorney's fees; all expenses as allowed by the Superior Court including, but not limited to, expenses incurred for personal service of process, expenses incurred for service of process by publication and for reasonable fees for the title search; all other amounts paid by the petitioner in accordance with Chapter 13A of Title 47 of the D.C. Code, 2001 Ed., §47-1361; and all outstanding municipal lien amounts due and owing on the Property.

## COUNT ONE

11.   Plaintiff hereby incorporates paragraph 1-10 of the Complaint as if fully set forth herein.

12.   Plaintiff is entitled to the amount due on said Certificate as stated herein or in default of payment thereof, to having Defendants and all persons claiming by, through or under them, debarred and foreclosed of and from all equity and right of redemption on or to the Property described in said Certificate.

13.   Plaintiff is entitled to be vested with a deed in fee simple absolute in and to the Property.

**WHEREFORE**, Plaintiff prays for Judgment:

(a)   Fixing the amount due on said Certificate

(b) Barring and foreclosing the Defendants from all equity of redemption in and to the Property

(c) Directing the Mayor of the District of Columbia to execute and deliver a Deed transferring the Property to the Plaintiff in fee simple upon payment to the Mayor of the amount required under Chapter 13A of Title 47 of the D.C. Code, 2001 Ed., §47-1382 and directing the Mayor to enroll the Plaintiff in fee simple as the owner of the Property

(d) Directing that Plaintiff be paid the amount due on the Certificate together with all subsequent Municipal liens paid, interest, and costs by a date certain to be established by this Honorable Court for those purposes, or in default thereof, that the said Defendants and all persons claiming by, through or under them, be debarred and foreclosed of and from all equity and right of redemption on or to the Property.

(e) Issuing an Order of Publication directed to all persons having an interest in the Real Property to appear in this Court on the day named therein to answer this Petition and/or to redeem the property, to abide and perform such Decree or Orders as may be passed therein.

(f) Issuing a Summons to the Defendants, commanding them, to be and to appear in this Court on the day named therein to answer this Petition and/or to redeem the property, to abide and perform such Decree or Orders as may be passed therein, warning said Defendants, that in case of failure to do so, a Final Order will be rendered, foreclosing all rights of redemption in the properties.

(g) Directing that the Plaintiff be awarded attorney's fees and costs pursuant to Chapter 13A of Title 47 of the D.C. Code, 2001 Ed., §47-1377.

## COUNT TWO

14. Plaintiff hereby incorporates paragraphs 1-13 of the Complaint as if fully set forth herein.

15. By virtue of the entry of Judgment in Count One, Plaintiff is entitled to possession of the Property after the issuance of a Deed in fee simple pursuant to Chapter 13A of Title 47 of the D.C. Code, 2001 Ed., §47-1382 & §47-1383.

**WHEREFORE**, Plaintiff prays for Judgment:

(a) Directing, after issuance of a Deed to Plaintiff, the said defendants and all persons claiming by, through or under them to deliver up to the Plaintiff the possession of the Property, together with all deeds, papers, and writings in their custody and power relating to or concerning the Property or any part thereof.

(b) Directing that the Plaintiff be awarded attorney's fees and costs pursuant to Chapter 13A of Title 47 of the D.C. Code, 2001 Ed., §47-1377.

I do solemnly declare and affirm under the penalties of perjury that the contents of

the aforegoing Petition are true and correct to the best of my knowledge, information, and belief.

_____
John K. Reiff, Esquire (Bar No. 454800)
Anthony J. De Laurentis (Bar No. 111278)
Yalonda Douglas, Esquire (Bar No. 476223)
Richard B. Turer, Esquire (Bar No. 236414)

DeLaurentis, Reiff & Turer, LLC
9891 Broken Land Parkway, Suite 301
Columbia, Maryland 21046
(443) 539-2005
Counsel for Plaintiff

File: 02-DC-MT-0580

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| First Liberty National Bank<br>C/o DeLaurentis, Reiff & Turer, L.L.C.<br>9891 Broken Land Parkway<br>Suite 301<br>Columbia, Md. 21046<br><br>            Plaintiff<br><br>vs.<br><br>Peter Edge<br><br>and<br><br>Secretary of Housing and Urban Development<br><br>And<br><br>District of Columbia<br><br>And<br><br>All unknown owners of the property described below, their heirs, devisees, personal representatives, and executors, administrators, grantees, assigns or successors in right, title, interest, and any and all persons having or claiming to have any interest in the leasehold or fee simple in the property and premises situate, lying and being in the District of Columbia described as:<br><br>Square 4049, Lot 0030. May also be known as 1302 Gallaudet Street, NE<br>            Defendants | Civil Action No. 03-3628 (RP)<br><br>(Action Involving Real Property) |

## AMENDED ORDER OF PUBLICATION

In accordance with D. C. Code §47-1375, the object of this proceeding is to secure the foreclosure of the right of redemption in the following real property located in the District of Columbia, and sold by the Mayor of the District of Columbia to the

Plaintiff(s) in this action described as Square 4049, Lot 0030. May also be known as 1302 Gallaudet Street, NE.

The complaint states, among other things, that the amounts necessary for redemption have not been paid.

Pursuant to the Chief Judge's Administration Order Number 02-11, it is this _____ day of _____, 2004,

**ORDERED** by the Superior Court of the District of Columbia, that notice be given by the insertion of a copy of this Order in *the Legal Times*, having a general circulation in the District of Columbia, once a week for three (3) successive weeks, notifying all persons interested in the Real Property described above to appear in this Court by the 25th day of August, 2004, and redeem the Real Property by payment of $1664.83, together with interest from the date the Real Property tax certificate was purchased; court costs and attorney's fees; expenses incurred in the publication and service of process by publication and for reasonable fees for the title search; all other amounts paid by the petitioner in accordance with the provisions of D. C. Code §47-1361 and all outstanding municipal lien amounts due and owing on the aforementioned Real Property, or answer the complaint, or, thereafter, a final judgment will be entered foreclosing the right of redemption in the Real Property and vesting in the Plaintiff(s) a title in fee simple.

                                                            Duane B. Delaney
                                                            Clerk of the Court

                                                            By: _____
                                                            Deputy Clerk

PARCEL: 4049 0030

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## OFFICE OF THE CHIEF FINANCIAL OFFICER - OFFICE OF TAX AND REVENUE
### 941 NORTH CAPITOL STREET, NE, WASHINGTON, DC 20002

## CERTIFICATE OF SALE FOR TAXES

I, Lesa F. Lee, acting under authority of the Chief Financial Officer (CFO) of the District of Columbia, certify that on  July 19, 2002, the real property described as Square  4049 , Suffix _____, Lot  0030 , and assessed to  PETER EDGE , was offered at public tax sale for the sum of  Three Thousand One Hundred Sixty-Four Dollars and 83/100  for the periods and amounts of taxes and costs, to wit:

| Description | Amount |
|---|---|
| Taxes due for the tax year ended September 30, 2001 | 1,093.72 |
| Penalties and interest thereon | 558.11 |
| Penalties for Defective Checks | 0.00 |
| Special Assessments for the Removal of Nuisances (Clean It/Lien It) (Includes : Clean It/Lien It, Operation Fight Back, Improvements, and Special Assessments) | 0.00 |
| Interest Thereon | 0.00 |
| Public Space Charges | 0.00 |
| Public Space Interest | 0.00 |
| Advertising | 13.00 |
| Amount for which sold, less surplus | 1,664.83 |
| Surplus | 1,500.00 |
| Total amount for which sold | 3,164.83 |

I further certify that on July 19, 2002, with the amounts specified above now totaling $  3164.83 , I sold to  FIRST LIBERTY NATIONAL BANK  the said real property for the sum of  One Thousand Six Hundred Sixty-Four Dollars and 83/100 , plus surplus in the amount of  One Thousand Five Hundred Dollars and 00/100 
The real property described in this certificate is subject to redemption.

On redemption, the purchaser will be refunded the sums paid on account of the purchase price, together with interest thereon at the rate of 18% per annum (1½% per month) from the date the real property was sold to the date of redemption; provided, that the purchaser shall not receive interest on any surplus. On redemption, the purchaser shall also receive expenses permitted by Chapter 13A of Title 47 of the D.C. Code, 2001 Ed., that may have been collected by the CFO. Before a deed can be delivered to the purchaser, all taxes as defined in Chapter 13A with interest thereon, and including taxes with interest thereon for years for which the District or a third party purchased the real property at any tax sale and expenses reimbursable under Chapter 13A, shall be paid to the D.C. Treasurer except as provided in D.C. Code, 2001 Ed. § 47-1361(b).

After  January 19, 2003 , an action can be brought to foreclose the right of redemption in the real property. This certificate will be void unless such an action is brought and diligently pursued within one year from the date of this certificate. If this certificate becomes void as provided in D.C. Code, 2001 Ed. § 47-1355, all monies paid for the real property will be forfeited to the District. An assignee of this certificate shall notify the CFO within 30 days of the assignment and provide to the CFO the assignee's name, address, and telephone number.

# EXHIBIT A

*Lesa F. Lee*

Lesa F. Lee, Chief
Assessment Services Division